COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-063-CV

IN RE NYAGUDI O. OKUMU RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's application for writ of habeas corpus and for emergency relief and is of the opinion that relief should be denied.  Accordingly, relator's application for writ of habeas corpus and for emergency relief is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  MEIER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  March 3, 2009

FOOTNOTES
1:
See
 Tex. R. App. P. 47.4.